UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 15-CV-80261

RUBEN CRUZ, on behalf of himself
and all other similarly situated,

      Plaintiffs,

v.

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida Limited
Liability Company,
and
DYCK-O'NEAL, INC.
a Texas Corporation,

      Defendants.
_____/

**DEFENDANT'S
NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

    COMES NOW, Defendant DYCK-O'NEAL, INC. ("Defendant"), by and through its undersigned counsel, pursuant to Local Rule 3.8, and hereby certifies that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *Danell A. Huthsing v. Law Offices of Daniel C. Consuegra, P.L. and Dyck-O'Neal, Inc.*, Case No.: 8:14-cv-2694-T-36-TBM (M.D. Fla. 2014).
2. *Yennifer Lopez v. Law Offices of Daniel C. Consuegra, P.L. and Dyck-O'Neal, Inc.,* 8:15-cv-571-T-30AEP (M.D. Fla. 2015).
3. *Micheal Aluia and Kaye Hamilton v. Dyck-O'Neal and Law Offices of Daniel C. Consuegra, P.L.*, Case No.: 2:15-cv-81-FtM-38DNF (M.D. Fla. 2015).

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated:  May 27, 2015.

> Respectfully submitted by:
> /s/ Dale T. Golden
> /s/ Benjamin W. Raslavich
> **GOLDEN SCAZ GAGAIN, PLLC**
> Dale T. Golden, Esquire
> FBN:  0094080
> Benjamin W. Raslavich, Esquire
> FBN: 0102808
> 201 North Armenia Avenue
> Tampa, FL 33609
> Phone:  813-251-5500
> Email: dgolden@gsgfirm.com
> Email: braslavich@gsgfirm.com
> Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ Benjamin W. Raslavich
> Benjamin W. Raslavich, Esquire
> Florida Bar No.: 0102808